IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL No. 1871 |
| THIS DOCUMENT RELATES TO: | Case No. |
| SARA ABED, et. al, | 10-CV-02939-CMR |
| ALVARO AGUILAR, et. al, | 2:10-CV-06028-CMR |
| FREDERICK ALBRECHT, et. al, | 2:10-CV-03089-CMR |
| ALFRED ALBRECHT, et. al, | 2:10-CV-06027-CMR |
| HARRIET AMARI, et. al, | 2:10-CV-06509-CMR |
| VIRGINIA BACK, et. al, | 2:10-CV-02998-CMR |
| LILLIE BARNER, et. al, | 2:10-CV-03554-CMR |
| WILLIAM BLAINE, et. al, | 2:10-CV-03814-CMR |
| SHIRLEY BROWN, et. al, | 09-CV-06176-CMR |
| WILLIE, JR. BROWN, et. al, | 10-CV-03220-CMR |
| JUANITA BROWN, et. al, | 2:10-CV-05733-CMR |
| EUGENE CAMPBELL, et. al, | 2:10-CV-03161-CMR |
| THELMA CAZAD, et. al, | 2:10-CV-03160-CMR |

| | |
|---|---|
| DONNA COBB, et. al, | 2:10-CV-05095-CMR |
| PEGGY COMFORT-MILLER, et. al, | 2:10-CV-03816-CMR |
| JACK COMPTON, et. al, | 2:10-CV-06504-CMR |
| CAROLYN COPPA, et. al, | 2:10-CV-06259-CMR |
| NOREEN D'ALTON, et. al, | 2:10-CV-06512-CMR |
| CURTIS DAVIS, et. al, | 2:10-CV-03535-CMR |
| SALLY DIFAZIO, et. al, | 2:10-CV-03088-CMR |
| ROLAND DORSEY, et. al, | 2:10-CV-03534-CMR |
| ROBERT ELMENDORF, et. al, | 2:10-CV-03159-CMR |
| VENUS FEATHERSTONE, et. al, | 2:10-CV-06505-CMR |
| REBEKAH FORREST, et. al, | 2:10-CV-05701-CMR |
| JOSE GARCIA, et. al, | 2:10-CV-06500-CMR |
| GLENN GILES, et. al, | 09-CV-06174-CMR |
| JOHNNY GRIFFIN, et. al, | 2:10-CV-03819-CMR |
| EMMA GROESBECK, et. al, | 2:10-CV-06508-CMR |
| VIRGINIA HEBERT, et. al, | 2:10-CV-06511-CMR |
| RICHARD HOPE, et. al, | 10-CV-01489-CMR |
| LINDA JARVIS, et. al, | 10-CV-00024-CMR |

| | |
|---|---|
| RAE JOHNSON, et. al, | 2:10-CV-06502-CMR |
| ELIZABETH KENNEDY, et. al, | 2:10-CV-03815-CMR |
| ALBERT KENNEY, et. al, | 2:10-CV-03818-CMR |
| CHARLES KEY, et. al, | 2:10-CV-06501-CMR |
| LUC LACROIX, et. al, | 2:10-CV-02859-CMR |
| REBECCA LARMORE, et. al, | 2:10-CV-4336-CMR |
| KIM LEBARON, et. al, | 2:10-CV-03817-CMR |
| JAMES PROCTOR, et. al, | 2:10-CV-03665-CMR |
| TIMOTHY PROFFITT, et. al, | 2:10-CV-06259-CMR |
| VINCENT RASOR. et. al, | 2:10-cv-00720-CMR |
| VELMA ROGERS, et. al, | 2:10-CV-06507-CMR |
| MICHAEL SCHULTZ, et. al, | 10-CV-01488-CMR |
| RUBY LEE SCOTT, et. al, | 2:10-CV-002833-CMR |
| BARRY SOLOMON, et. al, | 10-CV-03219-CMR |
| HAROLD SQUIRES, et. al, | 2:10-CV-06508-CMR |
| ALBERT PRATT , et. al, | EDPA 10-cv-05727 |
| ANGELINA LAPENTINA , et. al, | EDPA 10-cv-06938 |
| ANNETTE / GUY SLEDGE , et. al, | EDPA 10-cv-05694 |
| ANNIE / JAMES SAVAGE , et. al, | EDPA 10-cv-05728 |
| ANTHONY C. CHESTER , et. al, | EDPA 10-cv-05691 |
| BARBARA HENDERSON , et. al, | EDPA 11-cv-00220 |

| | |
|---|---|
| BETTY L. CUEVAS, et. al, | EDPA 10-cv-06340 |
| BEVERLY ELDREDGE, et. al, | EDPA 09-cv-02149 |
| BOBBIE ROSENBAUM OBO SALLY ROSENBAUM, et. al, | EDPA 10-cv-06357 |
| BOBBY J. SMITH, et. al, | EDPA 09-cv-02151 |
| CAROLYN TYSON, et. al, | EDPA 11-cv-00426 |
| CHARLES FLETCHER, et. al, | EDPA 10-cv-06398 |
| CLARA JONES, et. al, | EDPA 10-cv-05653 |
| CLIFFORD BURT, et. al, | EDPA 10-cv-07592 |
| DARLENE ROMERO, et. al, | EDPA 11-cv-00219 |
| DAVID RUSH, et. al, | EDPA 11-cv-00147 |
| DAVID SULLINS, et. al, | EDPA 10-cv-05690 |
| DAVID AND JOANNE GOLLOTE, et. al, | EDPA 10-cv-05692 |
| DAVID A. LETTELIER, et. al, | EDPA 10-cv-06821 |
| DEBORAH J. JOHNSTON, et. al, | EDPA 10-cv-06940 |
| DONALD D. DIEDRICH, et. al, | EDPA 10-cv-06377 |
| DOROTHY KRAMER OBO GWENDOLYN KRAMER, et. al, | EDPA 10-cv-06394 |
| EILEEN J. LONSDALE, et. al, | EDPA 10-cv-06349 |
| ELMER LEROY HARRELL, et. al, | EDPA 10-cv-06385 |
| EUGENE KIMBLE, et. al, | EDPA 09-cv-03449 |
| FRANK EDWARDS, et. al, | EDPA 10-cv-07594 |
| GARY W. ELDER, et. al, | EDPA 09-cv-03447 |
| GEORGIA FILLMORE, et. al, | EDPA 10-cv-06392 |

| | |
|---|---|
| HAZEL MCCOLLUM OBO ROBERT MCCOLLUM , et. al, | EDPA 10-cv-06358 |
| HENRY POWE , et. al, | EDPA 10-cv-05731 |
| IDALIA L. MANRIQUE , et. al, | EDPA 10-cv-05640 |
| INGEBORG C. CREASY , et. al, | EDPA 10-cv-05652 |
| IRMA LEE DAVIS , et. al, | EDPA 10-cv-06361 |
| JEREMIAH PATTERSON / RUFFIN , et. al, | EDPA 10-cv-07591 |
| JOAN L. BOONE , et. al, | EDPA 10-cv-05646 |
| JOHN MCGREGORY , et. al, | EDPA 10-cv-05699 |
| JON MANSFIELD , et. al, | EDPA 10-cv-06362 |
| JOSE A. MEDRANO , et. al, | EDPA 10-cv-06391 |
| JOYCE / BILLY MAX CARNELL , et. al, | EDPA 10-cv-06906 |
| JUANITA BROWN , et. al, | EDPA 10-cv-05733 |
| JUDITH SHARP , et. al, | EDPA 10-cv-06819 |
| JUDITH CASEY , et. al, | EDPA 10-cv-05648 |
| KATHY E. THOMAS , et. al, | EPDA 09-cv-03443 |
| KENNETH ALLEN , et. al, | EDPA 10-cv-06347 |
| KIMBERLY SCHAKEL , et. al, | EDPA 10-cv-05734 |
| LEONARD BLOCK , et. al, | EDPA 11-cv-00423 |
| LEWIS TAYLOR , et. al, | EDPA 10-cv-06350 |
| LILLIAN HOWDEN OBO NORMAN HOWDEN , et. al, | EDPA 10-cv-06363 |
| LINDA HAGINS , et. al, | EDPA 10-cv-06820 |
| LOUIS ESPINOSA , et. al, | EDPA 10-cv-06346 |

| | |
|---|---|
| LUCILLE RANDLE OBO WILLIAM RANDLE, et. al, | EDPA 10-cv-06396 |
| LUE ETHEL ALLEN, et. al, | EDPA 10-cv-06355 |
| LUTHER GAULDIN, et. al, | EDPA 10-cv-06937 |
| MARIA BONILLA, et. al, | EDPA 11-cv-00532 |
| MARTIN CUNNINGHAM, et. al, | EDPA 10-cv-06393 |
| MARVIN RIDGEWAY, et. al, | EDPA 11-cv-00425 |
| MARY JOHNSON, et. al, | EDPA 10-cv-06364 |
| MARY LOU COYNER OBO LOIS HOBBS, et. al, | EDPA 10-cv-06383 |
| MICHAEL MILLER, et. al, | EDPA 10-cv-05236 |
| MOHAMMAD OMAR, et. al, | EDPA 10-cv-05696 |
| NANCY FLETCHER, et. al, | EDPA 10-cv-06356 |
| NORBERT UHLENBERG, et. al, | EDPA 10-cv-05700 |
| PAMELA SMITH, et. al, | EDPA 09-cv-03451 |
| PERRY E. BLANKS, et. al, | EDPA 10-cv-05643 |
| RANDALL KNUDTSON, et. al, | EDPA 10-cv-05641 |
| RAY BEAR, et. al, | EDPA 10-cv-06382 |
| REBA HAMILTON OBO EUGENE BIBY, et. al, | EDPA 10-cv-06352 |
| ROBERT J. MARTIN, et. al, | EDPA 11-cv-00149 |
| ROBERT S. SUDOL, et. al, | EDPA 10-cv-05325 |
| ROSEMARY HULL OBO ROSE RADCLIFFE, et. al, | EDPA 10-cv-06390 |
| RUSSELL C. BOWMAN, et. al, | EDPA 10-cv-05695 |
| SHEILA DUNGAN / KLUSKA, et. al, | EDPA 10-cv-06942 |

| | |
|---|---|
| STELLA SPENCER, et. al, | EDPA 10-cv-05645 |
| SUSAN DUNN, et. al, | EDPA 11-cv-00221 |
| TERRANCE W. BEARD, et. al, | EDPA 11-cv-00396 |
| THEODORE DAVIDSON, et. al, | EDPA 09-cv-03445 |
| VANESSA ROGERS, et. al, | EDPA 10-cv-05759 |
| WANDA BATES, et. al, | EDPA 10-cv-06934 |
| WAYNE WEESE, et. al, | EDPA 10-cv-07590 |
| WILBERT CHENOWETH, et. al, | EDPA 10-cv-07593 |
| WILLIAM G. MCBRAYER, et. al, | EDPA 10-cv-06378 |
| WILLIAM SULLINGER, et. al, | EDPA 09-cv-03448 |
| WILLIE LEE JONES, et. al, | EDPA 10-cv-06387 |
| UREN CASSELS, et. al, | 2:10-cv-00719 |
| ROBERT GIBSON, et. al, | 2:10-cv-00721 |

## **STIPULATION AND ORDER TO PLACE IN ADMINISTRATIVE SUSPENSE**

The undersigned counsel hereby stipulate that the above-captioned actions are subject to a Master Settlement Agreement between Wagstaff & Cartmell LLP and GlaxoSmithKline LLC, and that they may be placed in administrative suspense pending ultimate conclusion of settlement.

Dated: March 21, 2011

/s/ Christopher L Schnieders
Christopher L. Schnieders
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100

Dated: March 21, 2011

/s/ Kenneth H. Zucker
Nina M. Gussack
George A. Lehner
Kenneth H. Zucker
PEPPER HAMILTON LLP
3000 Two Logan Square
18th and Arch Streets

Steven Maher
THE MAHER LAW FIRM
1515 Market St
Suite 810
Philadelphia, PA 19102
(215) 206-0267

Attorneys for Plaintiffs

Dated: 3-21, 2011

Philadelphia, PA 19103-2799
(215) 981-4000

Attorneys for Defendant GlaxoSmithKline LLC

SO ORDERED, the Clerk being directed to mark the above-captioned actions ~~terminated:~~ as administratively suspended. CMR

Hon. Cynthia M. Rufe
United States District Judge